FILED

10 AUG 30 AM 8:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ANTHONY MILLER,<br><br>  Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CASE NO. 10-cv-1762 BEN (CAB)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

Plaintiff, a prisoner proceeding pro se, has filed a petition for writ of error corum nobis pursuant to 28 U.S.C. § 1651(a). Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States must pay a filing fee to commence the action. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In this case, Plaintiff has neither paid the requisite filing fee to commence this action, nor submitted a Motion to Proceed IFP. Therefore, the Court dismisses this action pursuant to 28 U.S.C. § 1914(a).

## ORDER

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failure to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff thirty (30) days leave from the date this Order is stamped "Filed" to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a) and S.D. Cal. Civ.LR 3.2.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis.*" If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the Motion to Proceed IFP within the above-specified time period, this action shall remain dismissed without prejudice and without further Order of the Court.[1]

IT IS SO ORDERED.

Date: 8/27/2010

Hon. Roger T. Benitez
United States District Court Judge

---

[1] Plaintiff is further cautioned, however, that notwithstanding the payment of any filing fee, a complaint filed by any person proceeding IFP pursuant to 28 U.S.C. § 1915(a) is subject to a mandatory and sua sponte review and dismissal by the Court to the extent it is "frivolous, malicious, failing to state a claim upon which relief may be granted, or seeking monetary relief from a defendant immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").